NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MAGSIL CORPORATION** AND
**MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**
*Plaintiffs-Appellants,*

v.

**HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION,** AND **SHENZHEN EXCELSTOR TECHNOLOGY LTD.,**
*Defendants-Appellees.*

---

2011-1221

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0940, Judge Harvey Bartle, III.

---

## ON MOTION

---

## O R D E R

The appellees move for a 30-day extension of time, until July 8, 2011, to file their responsive brief, and for a

30-day extension of time, until August 22, 2011, for the appellants to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


___JUN 0 2 2011___                    /s/ Jan Horbaly
        Date                          Jan Horbaly
                                      Clerk


cc:  Steven J. Pollinger, Esq.
     Douglas E. Lumish, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK